**PROSPER LAW CORPORATION**
Gordon F. Dickson, Esq. SBN 136857
Deborah P. Gutierrez, Esq. SBN 240383
Tanmay P. Mistry, Esq. SBN 251425
5301 Beethoven Street, Suite 109
Los Angeles, California 90066
Telephone: (310) 893-6200
Facsimile: (310) 988-2930
E-mail: deborah@prosperlaw.com

Attorneys for Plaintiff,
Ralph Reyes

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH REYES, individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK N.A.; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP.; WELLS FARGO HOME MORTGAGE; and FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS FORMERLY KNOWN AS FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC; and Does 1 – 100, inclusive,<br><br>Defendants. | Case No. CV11-03938-SJO(AJWx)<br><br>**NOTICE OF ERRATA** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Plaintiff inadvertently typed the address in paragraph 15 of the First Amended Complaint "19 South Grand Avenue, Pasadena, CA 91105." It should read: "1628 West Harbert Street, West Covina, CA 91790." Plaintiff respectfully requests that this Court grant the attached Order granting the Notice of Errata.

Date: August 9, 2011                      PROSPER LAW CORPORATION

By: _____
Deborah P. Gutierrez, Esq.
Attorney for Plaintiff,
Ralph Reyes