**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Robert E. Feyder (SBN 130688)
Kevin S. Asfour (SBN 228993)

Attorneys for Defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage and Deutsche Bank National Trust Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH REYES, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A.; DEUTSCHE BANK NATIONAL TRUST COMPANY; as indenture trustee under the indenture relating to IMH ASSETS CORP.; WELLS FARGO HOME MORTGAGE; and FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS formerly known as FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC; and Does 1 - 100, inclusive,<br><br>　　　　　　Defendants. | Case No. CV11-03938-SJO(AJWx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Assigned to Hon. S. James Otero |

**RECYCLED PAPER**

**NOTICE OF SETTLEMENT**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Ralph Reyes and Defendants Wells Fargo Bank, N.A.; Wells Fargo Home Mortgage (a dba of Wells Fargo Bank, N.A.); and Deutsche Bank National Trust Company hereby report that the parties have reached a settlement encompassing all claims in this action. The parties anticipate that they will finalize their written settlement agreement and file a stipulation to dismiss this action with prejudice within 30 days.

Respectfully submitted,

K&L GATES LLP

Dated: October 12, 2011      By: _____
Robert E. Feyder
Kevin S. Asfour
Attorneys for Defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage and Deutsche Bank National Trust Company

PROSPER LAW GROUP

Dated: October 12, 2011      By: _____
Deborah Gutierrez
Attorneys for Plaintiff Ralph Reyes

1

RECYCLED PAPER

**NOTICE OF SETTLEMENT**