| | |
|---|---|
| 1 | **K&L GATES LLP** |
| 2 | 10100 Santa Monica Boulevard |
|   | Seventh Floor |
| 3 | Los Angeles, California  90067 |
|   | Telephone: 310.552.5000 |
| 4 | Facsimile: 310.552.5001 |

Robert E. Feyder (SBN 130688)
Kevin S. Asfour (SBN 228993)

Attorneys for Defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage and Deutsche Bank National Trust Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH REYES, an individual, | Case No. CV11-03938-SJO(AJWx) |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE (FRCP 41)** |
| vs. | *[Filed concurrently with Proposed Order]* |
| WELLS FARGO BANK, N.A.; DEUTSCHE BANK NATIONAL TRUST COMPANY; as indenture trustee under the indenture relating to IMH ASSETS CORP.; WELLS FARGO HOME MORTGAGE; and FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS formerly known as FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC; and Does 1 - 100, inclusive, | Assigned to Hon. S. James Otero |
| Defendants. | |

**RECYCLED PAPER**

**STIPULATION FOR DISMISSAL WITH PREJUDICE (FRCP 41)**

TO THE HONORABLE COURT:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their undersigned counsel of record, hereby stipulate to a dismissal of this action, in its entirety, with prejudice, and respectfully request that the Court issue the accompanying proposed order to that effect.

PROSPER LAW GROUP LLP

Dated: November 17, 2011   By: _/s/ Michael Thompson_
Deborah Gutierrez
Michael Thompson
Attorneys for Plaintiff Ralph Reyes

K&L GATES LLP

Dated: November 18, 2011   By: _/s/_
Robert E. Feyder
Kevin S. Asfour
Attorneys for Defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage and Deutsche Bank National Trust Company

WRIGHT, FINLAY & ZAK

Dated: November 18, 2011   By: _/s/ Nicole Neff_
Nicole Neff
Attorneys for Defendant FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS formerly known as FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC