**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Robert E. Feyder (SBN 130688)
Kevin S. Asfour (SBN 228993)

Attorneys for Defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage and Deutsche Bank National Trust Company

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH REYES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; DEUTSCHE BANK NATIONAL TRUST COMPANY; as indenture trustee under the indenture relating to IMH ASSETS CORP.; WELLS FARGO HOME MORTGAGE; and FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS formerly known as FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC; and Does 1 - 100, inclusive,<br><br>Defendants. | Case No. CV11-03938-SJO(AJWx)<br><br>**[ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE (FRCP 41)**<br><br>Assigned to Hon. S. James Otero |

RECYCLED PAPER

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE (FRCP 41)**

1  [PROPOSED] **ORDER:**

2  Upon stipulation of the parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

3  IT IS HEREBY ORDERED that this entire action is DISMISSED WITH

4  PREJUDICE.  Each party is to bear its own fees and costs.

5

6  *S. James Otero*

7

8  Dated: November 22, 2011

9  Hon. S. James Otero
   U.S. DISTRICT COURT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28